# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kia Foster

                        Plaintiff,

v.                                                         Case No.: 1:22−cv−07285
                                                                        Honorable LaShonda A. Hunt

Planet Pharma, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 7, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has conducted an in camera review of the proposed settlement agreements between Defendants and Plaintiff Kai Foster [38−1], Opt In Plaintiff Marjana Apostolov [38−2], and Opt In Plaintiff Kathleen Pelletier [38−3]. The Joint Motion for Court Approval of Settlement and Dismissal [38] is granted. Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the parties' motion, this action is being dismissed without prejudice and will automatically convert to a dismissal with prejudice on 3/8/24, if no motion to reinstate is filed by that date. All pending motions and deadlines are terminated as moot. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.